FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

26 OCT 14 PM 1:17

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**
**Civil Action No.** ________________ (To be assigned by Clerk)
**Plaintiff:** JANE DOE, *Pro Se*
**v.**
**Defendants:**

1. TELLER COUNTY BOARD OF COUNTY COMMISSIONERS (as an indemnification party);
2. JASON MIKESELL, Sheriff of Teller County, in his official and individual capacities;
3. DEPUTY JESSE WEATHERILL, in his individual capacity;
4. DEPUTY KYLE PERKINS, in his individual capacity;
5. DEPUTY SANTIAGO MARQUEZ, in his individual capacity;
6. UC HEALTH PIKES PEAK REGIONAL HOSPITAL (doing business as UC Health Woodland Park);
7. KATIE (ER Charge Nurse), in her individual capacity;
8. JANE DOE (ER Nurse), in her individual capacity;
9. RYAN DOE (Security Guard), in his individual capacity; and
10. JANE DOE (Security Guard), in her individual capacity.

PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM

Plaintiff hereby moves this Honorable Court for permission to proceed in this matter under the pseudonym "Jane Doe" and to file Plaintiff's true identity under seal.

In support of this motion, Plaintiff states that this action involves highly sensitive, private medical and psychiatric information, including history of childhood sexual abuse, Military Sexual Trauma (MST) and rape, and ongoing medical and psychological crisis. Public disclosure of Plaintiff's true identity would cause severe psychological distress, catastrophic emotional trauma, and place Plaintiff's personal safety at risk.

Wherefore, Plaintiff respectfully requests that the Court grant this motion, permit Plaintiff to proceed as "Jane Doe," and order that Plaintiff's true identity be maintained under seal.

Dated: October 14, 2026.

[signature]

Karen J. McPhail